In the Matter of the Application of the ATTORNEY-GENERAL
OF THE STATE OF NEW YORK *v.* THE GUARDIAN MUTUAL
LIFE INSURANCE COMPANY.

(Argued January 16, 1883; decided January 23, 1883.)

*William B. Hornblower* for appellant.

*Rufus W. Peckham* for respondent.

Agree to affirm.    No opinion.
All concur.
Order affirmed.

---

THE PEOPLE, ex rel. EDWARD CAVANAGH, Appellant, *v.* DAVID
McADAM, as Justice, etc., Respondent.

(Submitted January 16, 1883; decided January 23, 1883.)

REPORTED below (28 Hun, 284).

*Roscoe H. Channing* for appellant.

*Henry Wehle* for respondent.

Agree to dismiss appeal.    No opinion.
All concur.
Appeal dismissed.